UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION
CIVIL ACTION NO.: 4:20-CV-147-JHM

Huff Technologies, Inc.                                                                                         Plaintiff

vs.                                              **COMPLAINT**

ASC Industries, Inc.                                                                                            Defendant
    Serve at:
        CT Corp System
        4400 Eastens Common Way
        Suite 125
        Columbus, Ohio 43219

        Corporate Address:
        2100 International Parkway
        North Canton, Ohio 44723

COMES the Plaintiff, Huff Technologies, Inc., by counsel, and for its Complaint against the Defendant, ASC Industries, Inc., states as follows:

**PARTIES AND JURISDICTION**

1. That the Plaintiff, Huff Technologies, Inc. is a Kentucky corporation with its principal place of business in Morganfield, Union County, Kentucky.

2. That the Defendant, ASC Industries, Inc., appears to be an Ohio corporation whose principal place of business located at 2100 International Parkway, North Canton, Ohio 44723.

3. This Court has original diversity jurisdiction over this action pursuant to 21 USC §1332 because it involves citizens of different states and the matter in controversy exceeds the sale of seventy-five thousand dollars ($75,000.00), exclusive of interest and cost.

4. The Defendant is subject to personal jurisdiction of the Court pursuant to KRS§1454.210, Kentucky's Long Arm Statute. The Defendant solicited and entered into a written contract or agreement with the Plaintiff, Huff Technologies Inc., for the Plaintiff to construct an assembly

system in the Commonwealth of Kentucky and made contacts concerning the construction of said assembly system with the Plaintiff who is located in the Commonwealth of Kentucky.

5. Venue is proper in the Owensboro Division of the Western District of Kentucky, inasmuch as a substantial part of the events and commissions giving rise to the claim occurred within the geographic area encompassed within this division.

6. Huff Technologies, Inc. is located in Union County, Kentucky which is situated within the geographic area encompassed within the boundaries of the Owensboro Division.

## **RELEVANT FACTS**

7. On or about September 14, 2018 the Plaintiff entered into a contract with the Defendant for an assembly system to be designed, constructed, and assembled pursuant to the Defendant's specification as set out in a purchase order of said same date. (A copy of which is attached hereto, made a part hereof, and marked Exhibit A.)

8. That pursuant to the purchase order of September 14, 2018 (Exhibit A) the Defendant agreed to pay to Plaintiff the sum of one million two hundred forty-two thousand five hundred forty dollars fifty-four cents ($1,242,540.54).

9. That the Plaintiff designed, constructed, and assembled this assembly system pursuant to the purchase order of September 14, 2018 and the assembly system is functional and may be currently being utilized by the Defendant.

## **COUNT I**

10. Immediately after the execution of the contract between the parties hereto, the Plaintiff commenced the engineering and construction to the assembly system.

11. On or about September 12, 2018 the parties revised the original contract dated September 14, 2018. A copy of this revision is attached hereto, made a part hereof, and marked Exhibit B.

12. On September 14, 2018 the Plaintiff sent the initial invoice to the Defendant in the amount of three hundred seventy-two thousand seven hundred sixty-two dollars six cents ($372,762.06). On September 20, 2018 the Defendant paid the sum of three hundred sixty-five thousand three

hundred six dollars eight two cents ($365,306.82) which represents a 2% discount and payment in full.

13. On December 27, 2018 the Plaintiff sent the second invoice to the Defendant for the amount of three hundred ten thousand six hundred thirty-five dollars ninety cents ($310,635.90). On January 4, 2019 the Defendant paid said sum.

14. On June 21, 2019 the Plaintiff sent Defendant an invoice for the sum of three hundred seventy-two thousand seven hundred sixty-two dollars six cents ($372,762.06). On July 1, 2019 the Defendant paid the sum of three hundred sixty-five thousand three hundred six dollars eight two cents ($365,306.82) which represents a 2% discount and payment in full.

15. On January 29, 2020 the Plaintiff sent an invoice to the Defendant in the amount of one hundred eighty-six thousand three hundred eighty dollars fifty-two cents ($186,380.52). Defendant has failed and refused to pay this invoice.

16. That the Plaintiff has completely engineered, constructed, and installed the assembly system as contracted by the Defendant and said system is functional and may be currently being utilized by the Defendant.

17. That the Defendant, ASC Industries, Inc., owes a balance on the original and revised agreement in the amount of one hundred eighty-six thousand three hundred eighty dollars fifty-two cents ($186,380.52).

18. That the Plaintiff has made demands upon the Defendant for payment of said sum and that the Defendant has failed and refused to pay this indebtedness.

## COUNT II

19. That throughout this project the Defendant requested modifications and changes to the original design which was not contained or specified in the original agreement dated September 14, 2018.

20. These modifications and additions to the original contract including coving the line, changing from four conveyers to five conveyers than back to four conveyers, changing all leg heights, moving stations to allow relocation of the unload operator, automating the loading of straight tube, upgrading thirty-five (35) pallets, extra rest pads, two additional cameras and programing,

additional high end camera, additional light curtains, adding a slide system and laser distance detection and programing, adding servo positioners, a linear bearing system, retro fitting larger 45mm linear with sensors, intermediate tooling, programing changes, and field debugging for data tracking, extended field installation, and labor for an additional expense owed by the Defendant to the Plaintiff in the amount of two hundred twenty-nine thousand nine hundred fifty dollars eighty six-cents ($229,950.86).

**WHEREFORE**, the Plaintiff, Huff Technologies, Inc. demand judgment against ASC Industries, Inc. and pray for the following relief:

A. For Judgment as against the Defendant, ASC Industries, Inc. in favor of Plaintiff, Huff Technologies, Inc., on its claims under Count I in the amount of one hundred eighty-six thousand three hundred eighty dollars fifty-two cents ($186,380.52);

B. For Judgment as against the Defendant, ASC Industries, Inc. in favor of Plaintiff, Huff Technologies, Inc., on its claims under Count II in the amount of two hundred twenty-nine thousand nine hundred fifty dollars eighty-six cents ($229,950.86);

C. For its costs herein expended, including reasonable attorney fees, costs, expenses, pre-judgment and post judgment interest;

D. For trial by jury; and

E. For any and all other proper relief to which it may be entitled.

ARNETT LAW OFFICE, PLLC
109 South Morgan Street
Post Office Box 419
Morganfield, Kentucky 42437
Telephone: (270) 389-2006
Facsimile: (270) 389-2007
admin@arnettlawoffice.com

/s/ Stephen M. Arnett
Stephen M. Arnett
*Attorney for Plaintiff*